Case 1:23-cv-03938-UNA   Document 1   Filed 12/21/23   Page 1 of 6

Case: 1:23−cv−03938
Assigned To : Unassigned
Assign. Date : 12/21/2023
Description: Pro se Civ. Gen. (F−Deck)

In the United States District Court for the District of Columbia, for a peshara Court of Three (Bes Din, Beth Din) under the supreme Law of the Land and Law of Nations

In reference to the matter of
USA ex rel Risenhoover
v.                                                    Case No. _____
Federal, State, Territorial, Tribal and Local Election Superintendent Officers (see Directory attached as Exhibit, 28 USC 1746(2))

Civil Complaint
25 USC 2902 and 2904 rights to voting materials and ballots in Native American, Hawaiian and Pacific Island languages, throughout the "United States" and per UOCAVA, throughout the world (Tiede v United States, overruling Reid v Covert overruling Ross v McEntire and the Insular Cases).

Prayer for Relief

1. Grant all relief sought infra:
    1. FEC kindly acknowledge receipt of this email and her prior missive.

    Provide pdf of all forms required for registering a PAC in your   jurisdiction: reply to: Dr. Sarah Liew for US Senate, info@drsarahliewforcongress.com

    2. FVAP kindly provide a list of email for UOCAVA voters.

FEC, FVAP, USDOJ Voting Section kindly acknowledge 25 USC 2902, 2904, Meyer v Nebraska, and Farrington v. Tokushige, 273 U.S. 284 (1927), protect LEP constitutional rights
to voting materials in native languages, that translators volunteering to aid campaigns with such Native American Hawaiian Asian Pacific Islander materials are not
"in-kind donations" even if not remunerated at market values. Also declare that all offices, federal, state and local, tribal and territorial must provide substantial language
equality materials and ballot aid devices and means, including deaf-blind hand interpreter accompaniment into ballot booths.

4. Declare that unrecognized Mission Indians of California may vote and register on presentment of tribal ID. Also that Western Hemisphere Travel Initiative ID are proof
of voter status. And that   National Voter Registration Act, the Help   America Vote Act, and Voting Rights Act, and that all Voting Agencies must aid unrecognized and recognized Indians to obtain to WHTI complaint secure travel documents
or a Personal Affidavit of Identity in lieu of WHTI ID Card or passport or travel document, for use in travel and in conjunction with their constitutional and Treaty *8 USC 1401(b)" rights to vote, also that the right to vote for Indians is a property right, a real property right, often tied to tribal or allotment land ownership or stakeholder status. Chamorros in the CNMI along with their Carolinian guests, for example, have a 25 year presumptive land title injunction against alienation, as if Indians. President McKinley to Congress proclaimed the SUlu Sea Sultan Treaty payment was similar to Indian Chief Treaty annual payments of an honorific nature.

Declare if 22 USC 211 et seq passport holding American nationals are a FEC: "A foreign national" ?

## Sanchez v. Kalauokalani
1917 年 10 月 22 日
24 Haw. 21 · Supreme Court of the Territory of Hawaii · Hawaii

*Provided,* That any person hereinbefore described may retain his present political status by making a declaration, under oath, of his decision to do so within six months of the taking effect of this Act before the district court in the district in which he resides, the declaration to be in form as follows: "T, ........., being duly sworn, hereby declare my intention not to become a citizen of the United States as provided in the Act of Congress conferring United States citizenship upon citizens of Porto Rico and certain natives permanently residing in said island.'

 It is possible that this proviso may have been intended to confer upon citizens of Porto Eico the right to reject full-fledged citizenship, and remain merely American subjects, but it is not necessary to, and *28we do not, decide this point.

**Section 302.**

Any person who becomes a citizen of the United States solely by virtue of the provisions of Section 301 may within six months after the effective date of that Section or within six months after reaching the age of 18 years, whichever date is the later, become a national but not a citizen of the United States by making a declaration under oath before any court established by the Constitution or laws of the United States or any court of record in the Commonwealth in the form as follows:

> "I _____ being duly sworn, hereby declare my intention to be a national but not a citizen of the United States."

A noncitizen national of the United States: An individual born in American Samoa, certain former citizens of the former Trust Territory of the Pacific Islands, and certain children of noncitizen nationals born abroad.
https://www.uscis.gov/sites/default/files/document/forms/i-9instr.pdf

1. **In the** two hundred and forty-eighth **year of the independence of THESE united Several STATES of America in Union united, loyal and true, on an equal footing, easily recognized principles to all true Patriots of the land and all true Guardians of her seas.**

   Respectfully submitted,

   /s/ <<<<<*****Dr. Paul Maas Risenhoover*****>>>>>
   Robin Hood International Human Rights Legal Defense Fund
   Of the Yeshiva B'nai Noah of the B'nai Noah Religious Society
   https://scholarship.law.uwyo.edu/cgi/viewcontent.cgi?article=1227&context=wlr

   Robert H. Henry Chief Judge of the United States Court of Appeals for the Tenth Circuit September 24, 2009 "The Barefoot and the Building"1

1. The legal profession is a profession dating back thousands of years. When I spoke with you last spring, at a very nice graduation of an outstanding class from this law school, I used the Torah for my text. It is, after all, appropriate to use old books of the law when one comes to a law school, or even when one comes to the law itself. I notice that Justice Scalia, a person sometimes known for his

hostility to citations of foreign law, recently cited the Talmud in an opinion,[2] and the Talmud assuredly is foreign law. And I shall return to that scriptural mode today, with a beginning reference to the Noahide laws, also contained in the Talmud. Unlike the Decalogue or the other 613 mitzvahs or laws of the Jews, the seven Noahide laws were those that applied across the board to the children of Noah. These laws, the Rabbis taught, were given by God to Noah as a binding set of laws for all mankind. Now many of you know the story of the flood—conveyed in both the Torah and in perhaps the world's oldest book, the Epic of Gilgamesh. The point of the Noahide laws, given after the destruction of the world by flood, is that we are all—Jews, Gentiles, everyone—children of Noah, and thus we have certain equalities, and also certain responsibilities. There are certain laws that all civilized peoples must adhere to and follow. Indeed, in the biblical story, lawlessness was the very reason the flood occurred. As Genesis 6:11 tells it, "The earth had become corrupt before God; the earth was filled with lawlessness." Now a discussion of all seven laws is beyond the scope of this dedication, but one of those laws is the reason we are having this celebration. It is usually formulated as the seventh and last Noahide law, and it is often stated this way: "You shall have just laws: You shall set up an effective judiciary to enforce these laws."

[2] Caperton v. A.T. Massey Coal Co., 129 S. Ct. 2252, 2274–75 (2009) (Scalia, J., dissenting) ("A Talmudic maxim instructs with respect to the Scripture: 'Turn it over, and turn it over, for all is therein.' The Babylonian Talmud, Tractate Aboth, Ch. V, Mishnah 22 (I. Epstein ed. 1935). Divinely inspired text may contain the answers to all earthly questions, but the Due Process Clause most assuredly does not. The Court today continues its quixotic quest to right all wrongs and repair all imperfections through the Constitution. Alas, the quest cannot succeed—which is why some wrongs and imperfections have been called nonjusticiable.").

These sages long ago realized that society must have a body of just laws to prosper, and even to survive. And they recognized that a judicial system is necessary to enforce and interpret these laws. And this is, of course, why we have law schools: To train and educate lawyers and judges (and also legislators, businessmen, and other readers of legal texts) how to access and utilize the law in a society governed and regulated by laws. And maybe through their advocacy they can leave a legacy or make an impact that will make changes for the better on this system. So we are here today in obedience to that universal Noahide law. And to recognize the important role law schools like this can play in the ongoing development of new legal minds. And speaking of universal laws, the brilliant

scientist and mystic Isaac Newton famously said, "If I have seen further it is only by standing on the shoulders of giants."3 And today as we think about the task at hand, to educate about the law, we clearly share Newton's vantage point. We stand on the shoulders of several giants who occupy the historic stage of this law school. They have built this institution and made this possible. Perhaps the first giant that should be mentioned is William N. Brimmer. William Brimmer was a man of great integrity, vision, and civility. He loved his family, his country, and the University of Wyoming. He attended the University for seven years. His undergraduate degree was in political science. In a time-honored tradition (and one that I share by the way) he took his political science degree to law school, specifically, to the University of Wyoming College of Law, where he earned his J.D.—much to the chagrin of his father who had wanted him to attend the University of Michigan Law School. But, paternal chagrin aside, he certainly turned out well: Upon his graduation in 1941, Brimmer started his practice in Rawlins. Later he moved to Cheyenne where he earned a reputation as a premier attorney, specializing in businesses and oil and gas law. Other accolades included the Bronze Star for his service in World War II and the City of Rawlins Distinguished Service Award. He also found time to teach political science here. This legal education center is a fitting tribute to him.

True copies of NARA records, USDC court records, and receipts attached.
Averred true within the USA, America, under pangs of perjury, 28 USC 1746(2).

Respectfully submitted,
Your ever Obedient, and most faithful Servant,
/s/ digital signature and ink signature



Dr. Paul Maas Risenhoover, Esq.
Tainan, island of Formosa

FormosaGeologicConjugatesPoints@gmail.com
drpaulmaas@gmail.com
ilovelibby@gmail.com
AmericanFormosaTrustArea@gmail.com
AmericanFormosaTrustTerritory@gmail.com


28 USC 1746(2) EXHIBIT affied under penalty of perjury, list of parties


EXHIBITS, AUTHORITIES and APPENDIXES:
To FEC, FVAP, UOCAVA, USDOJ, et al State and Local and Federal and
Tribal And Territorial Voting assistance and disclosure public integrity officers,

reply to: Dr. Sarah Liew for US Senate, info@drsarahliewforcongress.com

from /s/ Dr. Paul Maas Risenhoover
Executive Director
Robin Hood International Human Rights Legal Defense Fund
Tainan, Taiwan island, FORMOSA, West Pacific naval defensive zone, USA